PHILIP BROWN et al., Respondents, *v.* BENDIX AVIATION CORPORATION, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*Wright Tisdall* for motion.

*Jack Gross* and *Alex J. Glaubermann* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the action within the meaning of the Constitution.